IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID LEROY HILL, JR.                                                                    PLAINTIFF

v.                             Case No. 6:21-cv-06101

JAIL ADMINISTRATOR SARAH
HANEY; SHERIFF TRAVIS HILL;
and MICHAEL BROWN                                                                       DEFENDANTS

## ORDER

    Before the Court is the Report and Recommendation filed October 6, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that Defendants' Motion to Dismiss (ECF No. 22) be granted.

    Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 22) is **GRANTED**. Therefore, Plaintiff's Amended Complaint (ECF No. 6) is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED** this 9th day of November 2021.

.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**